UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No.: 1:18-CV-224-NCT-LPA

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP,<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Craig Cunningham and Defendant Laboratory Corporation of America Holdings stipulate and agree to dismiss with prejudice all claims that were or could have been brought by Plaintiff Craig Cunningham against Defendant Laboratory Corporation of America Holdings in this matter. Each party shall bear its own costs and attorneys' fees.

This the 15th day of November, 2018.

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| /s/ Jacob Matthew Norris | /s/ Charles E. Raynal IV |
| Jacob Matthew Norris | Charles E. Raynal IV |
| jmn@ncconsumerlaw.com | N.C. Bar No. 32310 |
| THE NORRIS LAW FIRM | charlesraynal@parkerpoe.com |
| 1033 Bullard Court, Suite 207 | Parker Poe Adams & Bernstein LLP |
| Raleigh, NC 27615 | 301 Fayetteville Street, Suite 1400 |
| T: 919-981-4475 | Raleigh, NC 27601 |
| F: 919-929-1676 | T: 919-828-0564 |
|  | F: 919-834-4564 |
| Aytan Y. Bellin |  |
| BELLIN & ASSOCIATES, LLP | Daniel Deane |
| 85 Miles Avenue | ddeane@nixonpeabody.com |
| White Plains, NY 10606 | Troy K. Lieberman |
| Email: aytan.bellin@bellinlaw.com | tlieberman@nixonpeabody.com |
|  | Lauren Maynard |
|  | lmaynard@nixonpeabody.com |
|  | NIXON PEABODY LLP |
|  | 100 Summer Street |
|  | Boston, MA 02110-2131 |
|  | T: 617-345-1000 |
|  | F: 617-345-1300 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing documents was electronically filed using the Court's CM/ECF system which will automatically send notice of the same to the following:

Jacob Matthew Norris
THE NORRIS LAW FIRM
1033 Bullard Court, Suite 207
Raleigh, NC 27615
Email: jmn@ncconsumerlaw.com

Aytan Y. Bellin
BELLIN & ASSOCIATES, LLP
85 Miles Avenue
White Plains, NY 10606
Email: aytan.bellin@bellinlaw.com

Daniel Deane
Troy K. Lieberman
Lauren Maynard
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
ddeane@nixonpeabody.com
tlieberman@nixonpeabody.com
lmaynard@nixonpeabody.com

This the 15th day of November, 2018.

/s/ Charles E. Raynal IV
Charles E. Raynal IV
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
charlesraynal@parkerpoe.com

3